IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY CRUMP, | No. CIV.S-05-2314 LKK DAD PS |
| Plaintiff, | |
| v. | SUPPLEMENTAL ORDER DIRECTING ADDITIONAL SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION and LESLIE J. DAVIS, | |
| Defendants. | |
| _____/ | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. By order filed April 25, 2006, the court directed the United States Marshal to complete service of process upon defendants United States Social Security Administration and Leslie J. Davis. However, it has come to the attention of the court that service has not been effected upon the United States Attorney as required under Federal Rule of Civil Procedure 4(i).

Accordingly, the United States Marshal is further directed to complete service of process by delivering a copy of the summons

1

1  and complaint to the United States Attorney for the Eastern District
2  of California, and by sending a copy of the summons and complaint by
3  registered or certified mail to the Attorney General of the United
4  States at Washington, D.C.  See Fed. R. Civ. P. 4(i)(1)(A) & (B).
5  The United States Marshal shall also send a copy of the summons and
6  complaint by registered or certified mail to the Commissioner of
7  Social Security, c/o Office of General Counsel, 6401 Security
8  Boulevard, Room 611, Altmeyer Building, Baltimore, MD 21235.  See
9  Fed. R. Civ. P. 4(i)(2).  The United States Marshal shall complete
10 this additional service within thirty (30) days.

         IT IS SO ORDERED.

DATED: October 18, 2006.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.prose\crump2314.usm.further.service