IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY CRUMP,<br><br>    Plaintiff,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION and UNITED STATES OF AMERICA,<br><br>    Defendants.<br>_____/ | No. CIV S-05-2314 LKK DAD PS<br><br>ORDER VACATING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

The order setting this matter for a status (pretrial scheduling) conference on March 23, 2007 was issued in error. At a later time, the parties will be directed to file status reports, and a scheduling order will be issued thereafter. Accordingly, IT IS ORDERED that:

1. This court's February 8, 2007 Order Setting Status (Pretrial Scheduling) Conference is vacated; and

2. The status conference set for March 23, 2007, at 11:00 a.m. in Courtroom 27 is vacated.

DATED: March 2, 2007.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1/orders.prose/crump2314.ovsc