IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY CRUMP,

    Plaintiff,   No. CIV S-05-2314 LKK DAD PS

    vs.

SOCIAL SECURITY ADMINISTRATION
and UNITED STATES OF AMERICA,   <u>ORDER</u>

    Defendants.
_____/

        Plaintiff has filed several requests concerning the status (pretrial scheduling) conference originally set for March 23, 2007. The order setting the status conference has been vacated. In accordance with this court's standard procedures in cases in which a party is incarcerated and proceeding pro se, all pre-trial proceedings in this case will be conducted on the papers only. Accordingly, plaintiff's requests will be denied.

        By separate order, the parties are directed to file status reports. After the status reports are filed, the court will issue a scheduling order. If plaintiff's claims are not resolved prior to trial, the district judge will conduct a trial confirmation hearing by videoconference if videoconferencing is available at the institution where plaintiff is confined at that time. If the court finds that videoconferencing is not available, the court will issue a writ requiring plaintiff's custodian to bring plaintiff to court for the trial confirmation hearing. Plaintiff must be present at

1

trial, and the court will issue a writ for that purpose at the appropriate time. No motion or request will be needed, and plaintiff is directed not to file unnecessary requests or motions regarding his presence in court.

The parties have been advised that certain motions shall be briefed pursuant to Local Rule 78-230(m) without further order of the court, while opposition to all other motions shall be filed only as directed by the court. (Order filed Apr. 25, 2006, at 3.) The order provides the pro se plaintiff with detailed advice concerning the requirements for opposing any motion for summary judgment filed by defendants. (Id. at 5-6.) Plaintiff has been provided with a copy of the Local Rules of Practice and should carefully review the provisions of both Local Rule 78-230(m) and Local Rule 56-260 if defendants file a motion for summary judgment.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's March 8, 2007 request for court orders, for continuance of status conference, and for sanctions against non-parties is denied;

2. Plaintiff's March 20, 2007 request to appear telephonically is denied; and

3. Plaintiff's March 20, 2007 request that the Clerk of the Court serve his request for telephonic appearance on defendants' counsel is denied; plaintiff is cautioned that the Clerk of the Court does not serve documents for parties, and all documents subsequently submitted by plaintiff for filing must be accompanied by proof of service on defendants' counsel.

DATED: April 16, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\crump2314.reqs