IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY CRUMP,

     Plaintiff,                            No.  CIV S-05-2314 LKK DAD PS

     vs.

SOCIAL SECURITY ADMINISTRATION
and UNITED STATES OF AMERICA,     <u>ORDER REQUIRING</u>

     Defendants.                     <u>STATUS REPORTS</u>

_____/

        This matter has now been at issue for sufficient time that it should be ready for a scheduling order.  Plaintiff and defendants shall therefore each submit to the court and serve by mail on all other parties the following status report:

        1. Whether this matter is ready for trial before the district judge and, if not, why not;

        2. Whether additional discovery is needed and, if so, the nature and scope of the discovery and the time needed in which to complete it;

        3. Whether any pretrial motions are contemplated and, if so, the type of motions and the time needed to file the motions and complete the time schedule set forth in Local Rule 78-230(m);

/////

4. A brief narrative statement of the facts that will be offered by oral or documentary evidence at trial;

5. A list of exhibits to be offered into evidence at the trial of the case;

6. A list of the names and addresses of witnesses the party intends to call;

7. A summary of the anticipated testimony of any incarcerated witnesses;

8. The time estimated for trial;

9. Whether either party has requested trial by jury; and

10. Any other matter, not covered above, which the party desires to call to the attention of the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's status report shall be filed with the court and served on defendants' counsel within thirty days from the date of service of this order;

2. Defendants' status report shall be filed with the court and served on plaintiff within thirty days after plaintiff's status report is served; and

3. The parties are advised that failure to file a status report in accordance with this order may result in the imposition of sanctions, including dismissal of the action or preclusion of issues or witnesses, as appropriate.

DATED: April 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\crump2314.ordreqstatrpts