1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    STANLEY CRUMP,

11              Plaintiff,                        No. CIV S-05-2314 LKK DAD PS

12         v.

13    SOCIAL SECURITY ADMINISTRATION            ORDER
      and UNITED STATES OF AMERICA,
14
                Defendants.
15    _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a Pretrial Statement.  Pretrial

17    Conference is set for March 7, 2008, and plaintiff's pretrial statement is not due until February

18    15, 2008.

19              Plaintiff is advised that pretrial statements should not be filed until discovery has

20    closed and the assigned district judge has ruled on all timely filed dispositive motions.  In

21    addition, a pretrial statement must address every topic listed in Local Rule 16-281(b), in the order

22    listed, and each topic must be numbered to correspond to the topics listed in the rule.

23              Accordingly, IT IS ORDERED that:

24              1.  The Pretrial Statement filed by plaintiff on June 11, 2007 will be disregarded

25    as incomplete and premature; and

26    /////

                                               1

1     2.  Plaintiff shall not file the Pretrial Statement required by the court's June 6,

2  2007 scheduling order and Local Rule 16-281(b) prior to February 1, 2008.

3  DATED: June 15, 2007.

4

5  _____

6  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

7  DAD:kw
   Ddad1/orders.prose/crump2314.prem

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2