IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY CRUMP,

    Plaintiff,                                              No. CIV S-05-2314 LKK DAD PS

    v.

SOCIAL SECURITY ADMINISTRATION        ORDER
and UNITED STATES OF AMERICA,

    Defendants.

_____/

        By order filed June 18, 2007, the court disregarded the premature and incomplete pretrial statement filed by plaintiff on June 11, 2007. The court advised plaintiff that "pretrial statements should not be filed until discovery has closed and the assigned district judge has ruled on all timely filed dispositive motions." Order filed June 18, 2007, at 1. Because plaintiff's pretrial statement is not due until February 15, 2008, plaintiff was expressly ordered not to file a pretrial statement prior to February 1, 2008. Id. at 2. In direct violation of the court's order, plaintiff has filed a second pretrial statement.

        Plaintiff's second pretrial statement will be disregarded. Plaintiff is cautioned that sanctions may be imposed on a party who flagrantly violates court orders. See Local Rule 11-110. Sanctions will be imposed on plaintiff if he files another pretrial statement prior to February 1, 2008.

1

Plaintiff has also requested a copy of his second pretrial statement. The court does not provide free copy services for litigants. At the appropriate time for filing his pretrial statement, plaintiff should make two copies of the document before sending the original to the court for filing. One copy must be served on defendants' counsel, and the other copy should be retained by plaintiff for his records. The document sent to the court for filing must include a proof of service showing that a complete copy of the document was mailed to defendants' counsel. If plaintiff wants the Clerk to provide an endorsed copy of any document he submits for filing, plaintiff must send three complete copies of the document with a pre-addressed envelope with prepaid postage for return of an endorsed copy to him.

Plaintiff's September 28, 2007 filing includes eighteen pages of exhibits submitted for filing. These documents will be disregarded. Plaintiff is advised that evidence may be submitted in support of his opposition to defendants' motion for summary judgment, if such a motion is filed, but plaintiff may not attach evidence to his pretrial statement. After a Pretrial Conference is conducted in this case, the court will issue a Pretrial Order that includes instructions regarding evidence to be offered at trial.

Accordingly, IT IS ORDERED that:

1. The docket shall reflect that the pretrial statement filed by plaintiff on September 6, 2007 is disregarded; and

2. Plaintiff's September 28, 2007 requests are denied.

DATED: October 19, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/crump2314.prem2