IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY CRUMP,

    Plaintiff,                        No. CIV S-05-2314 LKK DAD PS

    v.

SOCIAL SECURITY ADMINISTRATION    ORDER CONTINUING
and UNITED STATES OF AMERICA,        PRETRIAL CONFERENCE

    Defendants.
_____/

        Defendants' motion to dismiss and for summary judgment is now fully briefed. To ensure that the district judge will have sufficient time to rule on defendants' dispositive motion prior to the dates set for the filing of the parties' pretrial statements, pretrial conference currently set for March 7, 2008, before the undersigned will be continued. Except for the changes set forth below, the scheduling order filed on June 6, 2007 remains fully effective.

        Good cause appearing, IT IS ORDERED that:

        1. Plaintiff shall file and serve his pretrial statement, together with any motions necessary to obtain the attendance of incarcerated witnesses at trial, on or before March 28, 2008, but not prior to March 14, 2008. Defendants shall file and serve their pretrial statement on or before April 11, 2008. Sanctions may be imposed for failure to file a timely pretrial statement.

/////

1

2. Pretrial conference (as described in Local Rule 16-282) is continued from March 7, 2008, to April 15, 2008, before the undersigned. The pretrial conference shall be conducted on the file only, without appearance by either party.

DATED: January 3, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/crump2314.ord.contptc