IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY CRUMP,

     Plaintiff,                     No. CIV S-05-2314 LKK DAD PS

     v.

SOCIAL SECURITY ADMINISTRATION     ORDER VACATING
and UNITED STATES OF AMERICA,          PRETRIAL CONFERENCE
                               AND COURT TRIAL
     Defendants.

_____/

       The dates currently set for pretrial conference and court trial will be vacated at this time. These dates will be re-set, if appropriate, upon disposition of defendants' fully briefed motion to dismiss and/or for summary judgment. Good cause appearing, IT IS ORDERED that:

       1. Pretrial conference set for April 15, 2008, before the undersigned is vacated, and no pretrial statements shall be filed at this time.

       2. Court trial set for June 3, 2008, before the Honorable Lawrence K. Karlton is vacated.

DATED: March 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/crump2314.ord.vacdates