IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STANLEY J. CRUMP,

    Plaintiff,                                No. CIV S-05-2314 LKK DAD PS

    v.

SOCIAL SECURITY ADMINISTRATION
and UNITED STATES OF AMERICA,

    Defendants.                          <u>ORDER</u>
_____/

        Plaintiff, proceeding pro se, filed the above-entitled action under the Federal Tort Claims Act. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On August 14, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections to the findings and recommendations, and defendants filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations filed August 14, 2008, are adopted in full;

3    2. Defendants' November 16, 2007 motion to dismiss is granted with regard to all claims against defendant Social Security Administration and all claims of libel and slander;

3. Defendants' November 16, 2007 motion for summary judgment is granted with regard to plaintiff's claim of negligence; and

4. The Clerk of the Court is directed to enter judgment for defendants on all claims and to close this case.

DATED: September 2, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT